LAW OFFICES OF R. EMMETT MADDEN
R. EMMETT MADDEN, ESQUIRE
NO. 86894
711 WEST AVE
JENKINTOWN, PA 19046
TELE:  215-884-9300
FAX:  215-701-4214

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF**

**PENNSYLVANIA**

| | |
|---|---|
| Muneer Mustafa Tawam, ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 2:17-cv-01670-RCM |
| v. ) | |
| ) | |
| Financial Advantage Federal Credit Union, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**<u>NOTICE OF SETTLEMENT</u>**

TO THE COURT, THE CLERK, AND TO ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the parties have reached a settlement of the above-captioned matter and are in the process of executing the actions required by the agreement.  It is anticipated a dismissal of the entire action with prejudice will be filed within forty-five (45) days of this Notice.

        Respectfully submitted,

        By: /s/ *R. Emmett Madden*
        R. Emmett Madden, Esq.
        PA State Bar No.: 86894

## CERTIFICATE OF SERVICE

      I hereby certify that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF systems, which will provide notification of such filing to all counsel of record.

      Respectfully submitted,

By: /s/ *R. Emmett Madden*
R. Emmett Madden, Esq.
PA State Bar No.: 86894